JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hugo Esqueda, | Case CV 17-06121-ODW (KSx) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Sergio Diaz et al., | |
| Defendants. | |

THE COURT having ordered the Plaintiff to file a Motion for Entry of Default, and Plaintiff having failed to respond.

THE COURT ORDERS that this action be dismissed with prejudice for failure to comply with the orders of the Court.

Dated: March 15, 2018

United States District Judge